MORRIS SHAPANKA AND SAMUEL SHAPANKA, PLAIN-
TIFFS-APPELLEES, v. SAMUEL NIRENBERG, DEFEND-
ANT-APPELLANT.

Submitted October 16, 1931—Decided December 4, 1931.

Before Justices CAMPBELL, LLOYD and BODINE.

For the defendant-appellant, *David T. Wilentz* (*Conover English,* of counsel).

For the plaintiffs-appellees, *Lewis S. Jacobson.*

PER CURIAM.

This case comes up on an appeal from a judgment entered in the Middlesex Pleas. The suit was brought upon a contract by which plaintiffs were to manufacture for the defendant a large quantity of shirts for $2.55 a dozen, the material to be furnished by the defendant. The defendant failed and refused to furnish the material, thereby preventing performance at the time specified, or as a matter of fact at any other time.

The plaintiffs' proofs clearly showed that they would have made a profit of at least a dollar a dozen on the shirts to be manufactured. Defendant offered no evidence, and the trial judge directed the jury to bring in a verdict in favor of the plaintiffs for at least one dollar a dozen damages, which they did. Damages recovered were the profits which the proofs showed the plaintiffs would have realized had they been permitted to perform the contract. *Kehoe* v. *Rutherford,* 56 *N. J. L.* 23; *Harrison* v. *Clarke,* 78 *Id.* 236.

There being no disputed questions of law and fact the direction was proper and the judgment is affirmed, with costs.